JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKIA S. WHITE, an individual,<br>    Plaintiff,<br><br>         v.<br><br>EXPERIAN INFORMAITON SOLUTIONS, INC., et al.,<br>    Defendants. | No. 2:23-cv-05591-DSF-PVC<br><br>JUDGMENT |

   The Court having granted a motion to dismiss and denied leave to file an amended complaint,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date: September 16, 2024

_____
Dale S. Fischer
United States District Judge